O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV11-02207-AHM (AGRx) | Date | January 9, 2012 |
|---|---|---|---|
| Title | LYNWOOD REDEVELOPMENT AGENCY, et al. v. BARRY ROSS, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Preston W. Brooks | Hagar Cohen |

**Proceedings:**   PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS KYUNG KIM, KANG KIM, AND ROCKET CLEANERS CORP. [46] (non-evidentiary)

Court circulates tentative ruling and hears oral argument.  For reasons and findings stated on the record, the Court grants the application for default judgment.  Plaintiffs are ordered to submit a revised proposed judgment as orally modified by the Court.

|  | : | 07 |
|---|---|---|
| Initials of Preparer | | SMO |