Keith B. Walker (State Bar No. 233692)
Email: kwalker@coxcastle.com
COX, CASTLE & NICHOLSON LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 284-2200
Facsimile: (310) 284-2100

Attorneys for Plaintiffs and Judgment Creditor
Lynwood Redevelopment Agency and City
Of Lynwood

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD REDEVELOPMENT AGENCY and CITY OF LYNWOOD,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRY ROSS, an individual, BARRY ROSS as trustee of the LOUIS ROSS & ALICE ROSS FAMILY TRUST, KYUNG KIM, an individual, KANG KIM, an individual, ROCKET CLEANERS CORP., a California corporation, and DOES 1-50,<br><br>Defendants. | Case No. CV-11-02207-AHM-AGRx<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

Based upon the application for renewal of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. Section 683.110 through Section 683.320 and for good cause appearing therefore,

Judgment in favor of Plaintiff LYNWOOD REDEVELOPMENT AGENCY and CITY OF LYNWOOD, and against Defendants Kyung Kim, Kang Kim and Rocket Cleaners Corp., entered on January 11, 2012, be and the same is hereby renewed in the

amounts as set forth below:

    Renewal of money judgment:

| | |
|---|---:|
| a. Total Judgment | $ 60,549.44 |
| b. Costs after Judgment | $ 0.00 |
| c. Subtotal (add a and b) | $ 60,549.44 |
| d. Credits after Judgment | $ 0.00 |
| e. Subtotal (subtract d from c) | $ 60,549.44 |
| f. Interest after Judgment (rate of 10% per annum) | $ 96,500.21 (interest calculation spreadsheet is attached hereto as Exhibit A) |
| g. Fee for filing renewal application | $ 0.00 |
| h. Total renewed Judgment (add e, 5 and g) | $157,049.65 |

Renewal of the judgment includes response costs due under CERCLA as per original judgment attached as Exhibit B hereto.

Dated: January 6, 2022          Clerk, By Deputy _Sharon Hall-Brown_
                                                                             Sharon Hall-Brown

                                         Kiry K. Gray
                                         Clerk of U.S. District Court

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

073195\14276130v1

- 2 -

APPLICATION FOR RENEWAL OF JUDGMENT

# EXHIBIT A

| Principal | Interest | Date |
|---|---|---|
| $60,549.44 | $6,054.94 | 1/11/2013 |
| $66,604.38 | $6,660.44 | 1/11/2014 |
| $73,264.82 | $7,326.48 | 1/11/2015 |
| $80,591.30 | $8,059.13 | 1/11/2016 |
| $88,650.44 | $8,865.04 | 1/11/2017 |
| $97,515.48 | $9,751.55 | 1/11/2018 |
| $107,267.03 | $10,726.70 | 1/11/2019 |
| $117,993.73 | $11,799.37 | 1/11/2020 |
| $129,793.10 | $12,979.31 | 1/11/2021 |
| $142,772.41 | $14,277.24 | 1/11/2022 |
| Total Interest Due | $96,500.21 | |

# EXHIBIT B

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| LYNWOOD REDEVELOPMENT AGENCY and the CITY OF LYNWOOD, | Case No. CV-11-02207-AHM-AGRx |
|---|---|
| Plaintiffs, | **DEFAULT JUDGMENT AGAINST DEFAULTING DEFENDANTS KYUNG KIM, KANG KIM, AND ROCKET CLEANERS CORP.** |
| vs. | |
| BARRY ROSS, an individual, BARRY ROSS as trustee of the LOUIS ROSS & ALICE ROSS FAMILY TRUST, KYUNG KIM, an individual, KANG KIM, an individual, ROCKET CLEANERS CORP., a California corporation, and DOES 1-50, | |
| Defendants. | |

The Court, having reviewed and considered the Application for Default Judgment, and the supporting papers, filed by plaintiffs Lynwood Redevelopment Agency and the City of Lynwood ("Plaintiffs"), against defaulting defendants Kyung Kim, Kang Kim, and Rocket Cleaners Corp. (collectively, the "Defaulting Defendants"), now finds as follows:

1. Plaintiffs served Defaulting Defendants with a summons and complaint in the present action;

2. Plaintiffs served Defaulting Defendants with notice of Plaintiffs' Application for Default Judgment at least seven days before the hearing on this application;

3. Defaulting Defendants have not answered Plaintiffs' complaint, opposed Plaintiffs' Application for Default Judgment, or otherwise appeared in the present action;

4. Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) is appropriate because the requirements of Rule 55(b)(2) have been met;

5. None of the Defaulting Defendants are an infant or incompetent person, or in military service or otherwise exempt from Rule 55(b)(2) under the Soldiers' and Sailors' Civil Relief Act of 1940; and

6. Plaintiffs have amply demonstrated the Defaulting Defendants' liability under section 107 of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9607. Defaulting Defendants are jointly and severally liable to Plaintiffs for all response costs incurred to date and to be incurred in the future by Plaintiffs in connection with conducting investigation, monitoring, removal actions and/or remedial actions to address releases of hazardous substances (as such terms are defined under CERCLA) in connection with 11600 Long Beach Boulevard in Lynwood, California (the "Property").

Accordingly, the Court now hereby ORDERS, ADJUDGES, and DECREES that judgment is entered in this action as follows:

1. Pursuant to 42 U.S.C. § 9613(g)(2), the Court hereby grants declaratory relief to Plaintiffs and decrees that Defaulting Defendants are liable to Plaintiffs for all

response costs to be incurred by Plaintiffs in the future for conducting the investigation, monitoring, removal actions and/or remedial actions to address releases of hazardous substances at the Property; and

    2.    Plaintiffs have proven damages to date, in the amount of $60,549.44, for response costs under CERCLA to address releases of hazardous substances (as such terms are defined under CERCLA) at, on, under or migrating from the Property. It is ordered that Plaintiffs recover from the Defaulting Defendants the amount of $60,549.44, with prejudgment and post-judgment interest at the maximum rate permitted by law, along with costs.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: January 10, 2012        By: _____
                                                Hon. A. Howard Matz
                                                United States District Court Judge